IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ALAN BAER REVOCABLE TRUST DATED FEBRUARY 9, 1996, AS AMENDED (SUCCESSOR-IN-INTEREST TO THE ESTATE OF ALAN A. BAER, DECEASED), | ) ) ) ) ) ) | |
| Plaintiff, | ) ) | 8:06CV774 |
| vs. | ) ) | ORDER |
| UNITED STATES OF AMERICA, | ) ) ) | |
| Defendant. | ) | |

This matter is before the court on the parties' Joint Motion for Stay of Deadlines (Filing No. 25). The parties seek a stay of certain deadlines pending the court's resolution of a pending motion for summary judgment (Filing No. 22). Specifically, the parties seek a stay of the deadlines to identify non-expert witnesses and rebuttal expert witnesses, and the deadline for depositions. Upon consideration,

**IT IS ORDERED:**

1. The parties' Joint Motion for Stay of Deadlines (Filing No. 25) is granted.

2. The deadlines to identify non-expert witnesses and rebuttal expert witnesses, and the deadline for depositions are stayed until further order of the court.

3. In the event the motion for summary judgment does not completely resolve this matter, counsel shall participate in a telephone planning conference with the undersigned magistrate judge within ten days after the resolution of the motion for summary judgment. Plaintiff's counsel shall initiate the telephone conference after scheduling such conference with opposing counsel and the court.

DATED this 29th day of April, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge