IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ALAN BAER REVOCABLE TRUST DATED FEBRUARY 9, 1996, AS AMENDED (SUCCESSOR-IN-INTEREST TO THE ESTATE OF ALAN A. BAER, DECEASED), | ) ) ) ) ) ) | |
| Plaintiff, | ) ) | 8:06CV774 |
| vs. | ) ) | ORDER |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) | |

This matter is before the court on the parties Joint Motion for Stay of Deadlines (Filing No. 37). Specifically, the parties seek to reschedule all pending deadlines until after the court rules on the defendant's Motion for Summary Judgment (Filing No. 34), also filed today. Upon consideration and for good cause shown,

**IT IS ORDERED:**

1. The parties Joint Motion for Stay of Deadlines (Filing No. 37) is granted.
2. The pretrial conference and trial dates are cancelled.
3. Discovery and all other deadlines in this case are stayed pending the resolution of the defendant's Motion for Summary Judgment (Filing No. 34).
4. The parties shall have **ten (10) business days** from the date an order is filed on the Motion for Summary Judgment (Filing No. 34), in which to schedule a planning conference with the court, if necessary. Counsel for the plaintiff shall contact the court within such time period to schedule the planning conference.

DATED this 24th day of October, 2008.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge